UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Robert E. Blackburn

Criminal Case No.: 05-CR-342-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHAWN SHIELDS

    Defendant.

---

### MOTION FOR PERMISSION TO ALLOW STAND-BY COUNSEL

---

COMES NOW the Defendant, Shawn Shields, by and through Counsel and respectfully requests this honorable Court for an order allowing stand-by counsel for Richard Irvin on December 12, 2005 from 1:00pm until 3:00pm.

As grounds for said motion, Defendant states as follows:

1. That Defendant's Counsel, Richard Irvin, must be in Longmont for pre-arranged court appearances.
2. That Mitch Baker, 303-502-7314, would be stand-by counsel for Richard Irvin.

WHEREFORE, Defendant respectfully requests this honorable Court for an order allowing Mitch Baker to be stand-by counsel for Richard Irvin on December 12, 2005 from 1:00pm until 3:00 pm.

                              Respectfully submitted,

                              S/Richard D. Irvin
                              Richard D. Irvin (#5252)
                              Attorney for Shawn Shields
                              1443 Spruce Street
                              Boulder, CO 80302
                              303-543-0337

## CERTIFICATE OF SERVICE

I hereby certify that on 12th day of December 2005, a true and correct copy of the foregoing **MOTION FOR PERMISSION TO ALLOW STAND-BY COUNSEL** was sent and addressed to the following:

The Honorable Robert E. Blackburn
United States District Court
901 19th Street
Denver, CO 80202

Matthew Kirsch
Office of the United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202

Scott Reisch
370 17th Street #5380
Denver, CO 80202

Carl Pursley, Jr.
USM #31096-013
FCI-Englewood
9595 W. Quincy Ave.
Englewood, CO 80123

Wendel R. Wardell, Jr.
USM #32006-013
FCI-Englewood
9595 W. Quincy Ave.
Englewood, CO 80123

J. Michael Dowling
303 E. 17th Ave., Suite 200
Denver, CO 80203

s/Brooke Thompson