**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-cr-00342-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SHAWN SHIELDS,

    Defendant.

___

MINUTE ORDER
___

    Defendant's Motion for Permission to Allow Stand-By Counsel [#351], filed December 12, 2005, is DENIED as moot.

Dated: December 12, 2005
-----------------------------------------------------------------------------------------------------------