IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00342-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SHAWN C. SHIELDS,

       Defendant.

---

## VERDICT FORM AS TO SHAWN C. SHIELDS

### COUNT 1

We, the jury, on our oaths, unanimously find the defendant, SHAWN C. SHIELDS, as to the crime of conspiracy to retaliate against a witness, as charged in Count 1 of the indictment:

    \_\_\_\_ Not Guilty

    _✓_ Guilty

### COUNT 2

We, the jury, on our oaths, unanimously find the defendant, SHAWN C. SHIELDS, as to the crime of retaliation against a witness, as charged in Count 2 of the indictment:

    \_\_\_\_ Not Guilty

    _✓_ Guilty

Dated December 12, 2005.



FOREPERSON